PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Shawn Vanderbyrd          Cr.: 05-00304-001
                                            PACTS #: 42528
Name of Sentencing Judicial Officer: William H. Walls, Senior US District Court Judge

Date of Original Sentence: 05/02/06

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 77 months incarceration followed by 36 months supervised release; $100 special assessment fee; drug testing; participation in a GED program; and DNA testing.

Type of Supervision: Supervised Release          Date Supervision Commenced: 12/23/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special condition which states, 'The defendant shall refrain from illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance.' |
| | On May 20, 2013, the offender tested positive for marijuana and admitted he used the substance prior to transferring to the Western District of Pennsylvania. |

U.S. Probation Officer Action:

The offender has been verbally reprimanded for his noncompliance, and the US Probation Office in the Western District of Pennsylvania will increase his supervision and urine testing. If any other instances of non-compliance arise, the Court will be notified and the offender will be returned to the District of New Jersey.

Respectfully submitted,

By: Suzanne Golda / Maureen Kelly
U.S. Probation Officer
Date: 6/17/13

The Court's endorsement of this petition will serve as an official written reprimand to the offender unless the Court directs that additional action be taken as follows:

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

16 July 2013
Date